# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Samuel L Cohen, Jr., | No. CV-18-00417-TUC-SHR |
| Petitioner, | **ORDER** |
| v. | |
| Charles L Ryan, et al., | |
| Respondents. | |

On July 22, 2020, Magistrate Judge Eric J. Markovich issued a Report and Recommendation ("R&R") in which he recommended the Court dismiss Petitioner Samuel L. Cohen, Jr.'s Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 ("Petition"). (Doc. 10.) The R&R notified the parties they had fourteen (14) days from the date of the R&R to file any objections. No objections have been filed.

If neither party objects to a magistrate judge's report and recommendation, the District Court is not required to review the magistrate judge's decision under any specified standard of review. *Thomas v. Arn*, 474 U.S. 140, 150 (1985). However, the statute for review of a magistrate judge's recommendation "does not preclude further review by the district judge, *sua sponte* or at the request of a party, under a *de novo* or any other standard." *Thomas*, 474 U.S. at 154.

The Court has reviewed the Petition (Doc. 1), the Respondent's Answer (Docs. 7), Petitioner's Reply (Doc. 9), and Judge Markovich's R&R (Doc. 10). The Court finds the R&R well-reasoned and agrees with Judge Markovich's conclusions. *See* Fed. R. Civ. P.

72(b).

**IT IS ORDERED** the R&R is ADOPTED (Doc. 10) and Samuel L. Cohen, Jr.'s Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 is **DENIED and DISMISSED** (Doc. 1). The Clerk of Court shall docket accordingly and close the case file in this matter.

Dated this 21st day of August, 2020.

Honorable Scott H. Rash
United States District Judge